WYMAN *et al* v. WILMARTH.

Submitted February 6, 1890.   Opinion filed March 1, 1890.

Appeal from district court, Kingsbury county; Hon. JAMES SPENCER, judge.

Motion to dismiss appeal.    Denied.    No briefs filed.

*Lynch & Sterling* and *C. S. Whiting,* for appellant.

*James F. Watson* and *A. W. Wilmarth,* for respondent.

BENNETT, J.    This is an appeal from an order discharging an attachment made before judgment was rendered, and also an appeal upon its merits.    The motion to dismiss the appeal is based upon the ground that an order dismissing an attachment is not appealable.    That question having been passed upon in Bank v. Carroll, (at this term,) must be considered as decisive of this.    Motion to dismiss denied.